DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CRAIG ROBINSON,**
Appellant,

v.

**FLORIDA ATLANTIC UNIVERSITY,**
Appellee.

No. 4D19-2920

[July 2, 2020]

Appeal from Florida Atlantic University, Residency Appeals Commission; L.T. Case No. ZXXX7813.

Craig Robinson, Boca Raton, pro se.

Oscar E. Marrero and Lourdes E. Wydler of Marrero & Wydler, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***